**ROLLINS CONSTRUCTION COMPANY, Appellant,**

v.

**Walter A. HOFFMAN, Jr., Trustee in Bankruptcy in the Matter of La Venir, Inc., Bankrupt, Appellee.**

No. 25131.

United States Court of Appeals
Fifth Circuit.

March 7, 1968.

Montague Rosenberg, Fort Lauderdale, Fla., for appellant.

John L. Britton, Fort Lauderdale, Fla., Feibelman, Friedman, Hyman & Britton, Miami, Fla., for appellee.

Before BROWN, Chief Judge, CLAYTON, Circuit Judge, and McRAE, District Judge.

PER CURIAM:

The sole question presented is the timeliness, under § 39c of the Bankruptcy Act, 11 U.S.C.A. § 67(c), of a petition for review of an order of a referee in bankruptcy. On the basis of St. Regis Paper Co. v. Jackson, 5 Cir., 1966, 369 F.2d 136, the Court directs from the bench the entry of an order of affirmance.

Affirmed.